1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10    LESLIE JAMES JONES,

11              Petitioner,              No. CIV S-06-1247 LKK KJM P

12         vs.

13    ROBERT HOREL, Warden,

14              Respondent.              ORDER

15    _____/

16              Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17    habeas corpus under 28 U.S.C. § 2254.  In his application, petitioner challenges a conviction

18    issued by the Stanislaus County Superior Court.  Stanislaus County is part of the Fresno Division

19    of the United States District Court for the Eastern District of California.  See Local Rule 3-

20    120(d).

21              As provided by Local Rule 3-120(f), a civil action that has not been commenced

22    in the proper division of a court may, on the court's own motion, be transferred to the proper

23    division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24    court.

25    /////

26    /////

                                              1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2         1.  This action is transferred to the United States District Court for the Eastern

3    District of California sitting in Fresno; and

4         2.  All future filings shall reference the new Fresno case number assigned and

5    shall be filed at:

6              United States District Court
               Eastern District of California
7              2500 Tulare Street
               Fresno, CA 93721

8

9    DATED:  June 19, 2006.

10

11    _____
      UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16   /mp
     jone1247.109

17

18

19

20

21

22

23

24

25

26

                                    2